# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCGEE, | No. 4:17-CV-01639 |
| Plaintiff, | (Judge Brann) |
| v. | |
| CONYNGHAM TOWNSHIP, CONYNGHAM TOWNSHIP BOARD OF SUPERVISORS, CONYNGHAM TOWNSHIP AUTHORITY, SUPERVISOR LINDA TARLECKI, individually and as Supervisor, SUPERVISOR TODD CROKER, individually and as Supervisor, SUPERVISOR JOSEPH SHRINER, individually and as Supervisor, | |
| Defendants. | |

## ORDER

**AND NOW**, this 10th day of April 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, Doc. 36, is **GRANTED IN PART AND DENIED IN PART**.

2. Counts I, II, and III of Plaintiff's Second Amended Complaint, Doc. 21, are **DISMISSED WITH PREJUDICE** in their entirety.

3. Count IV of Plaintiff's Second Amended Complaint, Doc. 21, is **DISMISSED WITH PREJUDICE** as to Defendants Conyngham Township and Conyngham Township Authority only.

4. A telephonic status conference will be scheduled by separate Order.

**IT IS FURTHER ORDERED** that the caption is amended as follows:

| | |
|---|---|
| JOHN MCGEE, | No. 4:17-CV-01639 |
| Plaintiff, | (Judge Brann) |
| v. | |
| CONYNGHAM TOWNSHIP BOARD OF SUPERVISORS, SUPERVISOR LINDA TARLECKI, individually and as Supervisor, SUPERVISOR TODD CROKER, individually and as Supervisor, SUPERVISOR JOSEPH SHRINER, individually and as Supervisor, | |
| Defendants. | |

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge